**Caleb R. BRASFIELD v. UNITED STATES of America.**
No. 6406.

Circuit Court of Appeals, Sixth Circuit.
June 6, 1933.

Geo. J. Coleman, of Memphis, Tenn., for appellant.

D. D. Maddox, U. S. Atty., of Memphis, Tenn.

PER CURIAM.
Judgment of District Court affirmed.

**Martha M. BUCKLIN, Appellant, v. Charles E. MERRILL et al., Appellees.**
No. 73.

Circuit Court of Appeals, Second Circuit.
Dec. 4, 1933.

William L. Wemple, of New York City (Daniel J. McMahon, of New York City, of counsel), for appellant.

Caruthers Ewing, of New York City, for appellees.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**Ralph CARSELLO v. UNITED STATES of America.**
No. 6480.

Circuit Court of Appeals, Sixth Circuit.
Oct. 13, 1933.

Harry G. Levey, of Toledo, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, and Lee N. Murlin, Asst. U. S. Atty., of Toledo, Ohio.

PER CURIAM.
Judgment of District Court affirmed.

**CENTRAL EASTERN POWER CO. v. MANUFACTURERS' TRUST COMPANY, Ohio Electric Power Company, and Columbus, Delaware & Marion Electric Company.**
No. 6498.

Circuit Court of Appeals, Sixth Circuit.
Nov. 9, 1933.

Tracy, Chapman & Welles, of Toledo, Ohio, for appellant.

Marshall, Melhorn, Marlar & Martin, of Toledo, Ohio, and Wm. P. Moloney, of Marion, Ohio, for appellees.

PER CURIAM.
Decree of District Court modified.